**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny James Franklin DAVIS,**
**Defendant–Appellant.**

**No. 02–6288.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 9, 2002.

Decided May 1, 2002.

Johnny J. Davis, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

## PER CURIAM.

Johnny J. Davis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the

appeal on the reasoning of the district court. *See United States v. Davis,* Nos. CR–01–62–7–FO; CA–01–225–7–F (E.D.N.C. Dec. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*